DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEIL KURT SALAZAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-962

[July 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 2000CF000368.

Neil Kurt Salazar, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***